# Court of Appeals
# of the State of Georgia

ATLANTA, _August 27, 2013_

*The Court of Appeals hereby passes the following order:*

**A13A2268. WILLIE WESLEY BROWN v. THE STATE.**

In 2009, Willie Brown pled guilty to driving with no state tag and was sentenced to 48 hours of confinement and 47 months and 28 days on probation. In 2013, the trial court revoked Brown's probation, ordering him to serve eight months and twenty-one days of his sentence. This direct appeal followed. However, we lack jurisdiction.

As Brown's most recent sentence was imposed following the revocation of his probation, the underlying subject matter of this appeal is the revocation of probation. Accordingly, Brown was required to file an application for discretionary review in order to obtain appellate review. OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). His failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider his appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _08/27/2013_
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

 *, Clerk.*